IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

MARY WEAST

                Plaintiff,

v.                                               Civil Action No. 2:14-cv-00811

ETHICON, INC.,
ETICON, LLC
JOHNSON & JOHNSON,

                Defendants.

## **MEMORANDUM OPINION AND ORDER**

On February 8, 2019, a Suggestion of Death was filed by plaintiff's counsel suggesting the death of Mary Weast during the pendency of this civil action. [ECF No. 12]. On May 3, 2019, counsel filed a Motion for Extension of Time to Serve Non-Parties with Plaintiff's Suggestion of Death, requesting until August 8, 2019, to serve non-parties with the Suggestion of Death [ECF No. 14].

Pursuant to Federal Rule of Civil Procedure 25(a) and Pretrial Order ("PTO") # 308 (Requirements for Counsel to Deceased Plaintiffs) filed in *In re: Ethicon, Inc., Pelvic Repair System Products Liab. Litig.*, 2:12-md-2327 [ECF No. 6218], the time to substitute a proper party for the deceased party has expired, and up to and including this date there has been no motion to substitute the deceased party. Mary Weast was the only plaintiff named in this civil action.

The court **ORDERS** that pursuant to Rule 25(a) and PTO # 308, this case is **DISMISSED without prejudice** and **STRICKEN** from the docket. Any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: September 28, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE